**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **New Anthem, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3792320** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**110 Greenfield St.**<br>**Wilmington, NC 28401**<br>Number, Street, City, State & ZIP Code<br><br>**New Hanover**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.newanthembeer.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **New Anthem, LLC** | | Case number (*if known*) | |
| | Name | | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
| | District | | When | | Case number | |

| Debtor | **New Anthem, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **New Anthem, LLC**
_____    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **New Anthem, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 4, 2024**
                MM / DD / YYYY

**X /s/ J. Aaron Skiles**                              **J. Aaron Skiles**
Signature of authorized representative of debtor       Printed name

Title    **Manager**

**18. Signature of attorney**

**X /s/ Oliver Carter III**                   Date    **April 4, 2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Oliver Carter III**
Printed name

**Carter & Carter, P.A.**
Firm name

**408 Market Street**
**Wilmington, NC 28401**
Number, Street, City, State & ZIP Code

Contact phone    **(910) 763-3626**        Email address

**N.C. Bar No. 36161 NC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **New Anthem, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  4, 2024**          X */s/ J. Aaron Skiles*
                                              Signature of individual signing on behalf of debtor

                                          **J. Aaron Skiles**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

---

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New Anthem, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allen, Stahl & Kilbourne Attn.: Officer, Manager, Agent 20 Town Mountain Road Suite 100 Asheville, NC 28801** | | | | | | $13,948.89 |
| **Brewers Supply Group Attn.: Officer, Manager, Agent 800 West 1st Avenue Shakopee, MN 55379** | | | | | | $33,425.19 |
| **Chemstation of North Carolina Attn.: Officer, Manager, Agent 1121 Willowbrook Drive Greensboro, NC 27403** | | | | | | $3,520.70 |
| **Country Malt Group Attn.: Officer, Manager, Agent 18110 SE 34th Street Suite 240 Vancouver, WA 98683** | | | | | | $105,998.46 |
| **DazTech Promotions Attn.: Officer, Manager, Agent 510 Compton Street Wilmington, NC 28401** | | | | | | $3,411.10 |

Debtor   **New Anthem, LLC**                                     Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Duke Energy Progress**<br>**Attn. Officer, Director, Agent**<br>**P.O. Box 1245**<br>**Charlotte, NC 28201** | | | | | | **$3,898.31** |
| **Earney & Company, LLP**<br>**Attn.: Officer, Manager, Agent**<br>**710 Military Cutoff Road**<br>**Suite 250**<br>**Wilmington, NC 28405** | | | | | | **$13,496.00** |
| **Greenfield Street Properties, LLC**<br>**Attn.: Officer, Manager, Agent**<br>**332 Military Cutoff Rd.**<br>**Wilmington, NC 28405** | | **lease agreement for Greenfield St. location** | | | | **$252,044.59** |
| **J. Aaron Skiles**<br>**314 Lord Dr.**<br>**Wilmington, NC 28411** | | **salary and wages for services as Manager during two-week period preceding the petition date** | | | | **$3,960.41** |
| **J.P. Morgan Chase Bank**<br>**Attn.: Officer, Manager, Agent**<br>**Mail Code LA4-7106**<br>**700 Kansas Ln.**<br>**Monroe, LA 71203** | | | | | | **$90,000.00** |
| **Keg Logistics**<br>**Attn.: Officer, Manager, Agent**<br>**9110 E. Nichols Avenue**<br>**Suite 105**<br>**Englewood, CO 80112** | | | | | | **$10,672.70** |
| **King Orchards**<br>**Attn.: Officer, Manager, Agent**<br>**4620 M-88**<br>**Central Lake, MI 49622** | | | | | | **$3,781.10** |

Debtor **New Anthem, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MHC Truck Leasing Attn.: Officer, Manager, Agent 200 Sutton Steam Plant Road Wilmington, NC 28401 | | | | | | $14,541.28 |
| N.C. Dept. of Revenue Office Services Division Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 | | Sales & Use Tax | | | | $37,927.89 |
| National Food Equipment Services Attn.: Officer, Manager, Agent 2201 Brentwood Road Suite 107 Raleigh, NC 27604 | | | | | | $10,553.20 |
| Omega Yeast Attn.: Officer, Manager, Agent 33 N. Sarah Street Saint Louis, MO 63108 | | | | | | $7,695.81 |
| U.S. Small Business Administration North Carolina District Office 6302 Fairview Rd. Suite 300 Charlotte, NC 28210 | | Economic Injury Disaster Loan | | | | $1,800,000.00 |
| Uline Attn.: Officer, Manager, Agent 12575 Uline Drive Pleasant Prairie, WI 53158 | | | | | | $5,759.82 |
| United Community Bank Attn.: Officer, Manager, Agent 125 E. Broad St. Greenville, SC 29601 | | Lien on most assets, including bank accounts, inventory, equipment, and other items per the security agreement. | | $1,669,396.42 | $750,000.00 | $919,396.42 |

Debtor  **New Anthem, LLC**
_____
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yakima Chief Hops Attn.: Officer, Manager, Agent 306 Division Street Yakima, WA 98902** | | | | | | **$38,774.16** |

**Fill in this information to identify the case:**

Debtor name    **New Anthem, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................................... $        0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................................. $      859,996.30

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................... $      859,996.30

---

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      1,669,396.42

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $      43,618.30

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      2,433,768.28

4.   **Total liabilities** ..........................................................................................................
     Lines 2 + 3a + 3b      $      4,146,783.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New Anthem, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank** | **Checking Account** | **5168** | **Unknown** |
| 3.2. | **Truist Bank, N.A.** | **Checking Account** | **6423** | **$4,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$4,000.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Trust Account Security Deposit with Carter & Carter, P.A.**<br>**intended for reimbursment of filing fees and payment of first installment of flat fee** | **$6,187.50** |

Debtor   **New Anthem, LLC**                              Case number *(If known)* _____
_____
Name

|  | 7.2. | **Tenant security deposit with Greenfield Street Properties, LLC** | **Unknown** |

---

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

|  | 8.1. | **Pre-payment to Cincinnati for general liability insurance.** | **$8,200.00** |

---

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$14,387.50**

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Cans, can lids, malted grain, other ingredients** | | **Unknown** | | **$6,560.00** |
| 20. | **Work in progress** **Unfinished beer** | | **Unknown** | | **$32,141.00** |
| 21. | **Finished goods, including goods held for resale** **Beer in cans, bottles, and kegs** | | **Unknown** | | **$63,616.80** |
| 22. | **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

**$102,317.80**

**24.** **Is any of the property listed in Part 5 perishable?**

| Debtor | **New Anthem, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Misc. office furniture & equipment. | **$0.00** | | **Unknown** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | | **$0.00** |
   |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **New Anthem, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2018 Mercedes Sprinter 2500 Cargo Van | Unknown | | $41,788.00 |
| 47.2. | 2021 Honda Pilot | Unknown | | $32,838.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Five Vessel Brewhouse; appx. 25 fermenting tanks; addl. brewing equipment; coolers; racks; addl. bar and serving equipment; software; hardware.**    Unknown    $664,665.00

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    $739,291.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **110 Greenfield St. Wilmington, NC 28401**<br>**large interior space used for brewing and serving beer** | Leasehold | $0.00 | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.    $0.00

| Debtor | **New Anthem, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** New Anthem has IP interests in its own name, the names of its beers, its receipes, website, logos, and other forms of protected property | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** www.newanthembeer.com | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** Wholesale license, salesman permits, retail, on-premises, off-premises. | **Unknown** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor      **New Anthem, LLC**                                    Case number *(If known)* _____
             Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **New Anthem, LLC**                                    Case number *(If known)* _____
             Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,387.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $102,317.80 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $739,291.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $859,996.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $859,996.30 |

**Fill in this information to identify the case:**

Debtor name    **New Anthem, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Ally Bank** | Describe debtor's property that is subject to a lien | Unknown | $32,838.00 |
|---|---|---|---|---|

Creditor's Name

**Attn.: Officer, Manager, Agent**
**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2021 Honda Pilot**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally Bank** | Describe debtor's property that is subject to a lien | Unknown | $41,788.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2018 Mercedes Sprinter 2500 Cargo Van**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **New Anthem, LLC**
_____
Name

Case number (*if known*) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Greenfield Street Properties, LLC** | | |
|---|---|---|---|

Creditor's Name

**Attn.: Officer, Manager, Agent**
**332 Military Cutoff Rd.**
**Wilmington, NC 28405**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Tenant security deposit with Greenfield Street Properties, LLC**

Describe the lien
**Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.4 | **United Community Bank** | | |
|---|---|---|---|

Creditor's Name

**Attn.: Officer, Manager, Agent**
**125 E. Broad St.**
**Greenville, SC 29601**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2866**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Lien on most assets, including bank accounts, inventory, equipment, and other items per the security agreement.**

Describe the lien
**Security Agreement & UCC**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,669,396.42          $750,000.00

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,669,396.42 |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor    **New Anthem, LLC**
_____    Case number (if known) _____
Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Algernon L. Butler, III**<br>**Butler & Butler, LLP**<br>**P.O. Box 38**<br>**Wilmington, NC 28402** | Line __2.4__ | |
| **Richard P. Cook**<br>**Cape Fear Debt Relief**<br>**7036 Wrightsville Ave.**<br>**Suite 101**<br>**Wilmington, NC 28403** | Line __2.4__ | |
| **Will Esser**<br>**Parker Poe**<br>**620 South Tryon Street**<br>**Suite 800**<br>**Charlotte, NC 28202** | Line __2.4__ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

**Fill in this information to identify the case:**

Debtor name **New Anthem, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Diane Batchelor**<br>**2809 Colonel Lamb Dr.**<br>**Wilmington, NC 28403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,730.00 | $1,730.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**salary or wages for service as in-house bookkeeper in the week period preceding the petition date** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **New Anthem, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,960.41 | $3,960.41

**J. Aaron Skiles**
**314 Lord Dr.**
**Wilmington, NC 28411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**salary and wages for services as Manager during two-week period preceding the petition date**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00

**N.C. Dept. of Commerce**
**Div. of Employment Security**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,927.89 | $37,927.89

**N.C. Dept. of Revenue**
**Office Services Division**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales & Use Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00

**N.C. Dept. of Revenue**
**Office Services Division**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Excise taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor __**New Anthem, LLC**_____     Case number *(if known)* _____
     Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address

**New Hanover County Tax Office**
**Attn.: Officer, Manager, Agent**
**230 Government Center Dr.**
**Suite 190**
**Wilmington, NC 28403**

As of the petition filing date, the claim is:             **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Personal property taxes; estimated amounts for 2024 might be inflated and pre-petition garnishment might be subject to avoidance.**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8** Priority creditor's name and mailing address

**Social Security Administration**
**Office of the General Counsel**
**Attn.: Prog. Litigation Bankruptcy**
**5401 Security Blvd**
**Baltimore, MD 21235**

As of the petition filing date, the claim is:             **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                 **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**116 Dock St., LLC**
**Attn.: Officer, Manager, Agent**
**609A Piner Rd.**
**Suite 143**
**Wilmington, NC 28409-4201**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _lease agreement for Dock St. location_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Airgas National Carbonation**
**Attn.: Officer, Manager, Agent**
**P.O. Box 602792**
**Charlotte, NC 28260**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,531.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Alcohol and Tobacco TaxTrade Bureau**
**TTB National Revenue Center**
**559 Main St.**
**Room 8970**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Anthem, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,948.89** |
|---|---|---|---|

**Allen, Stahl & Kilbourne**
Attn.: Officer, Manager, Agent
20 Town Mountain Road
Suite 100
Asheville, NC 28801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,938.68** |
|---|---|---|---|

**Ally Bank**
Attn.: Officer, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**Arryved**
Attn.: Officer, Manager, Agent
3002 Sterling Circle
Suite 100
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aseptic Fruit**
Attn.: Officer, Manager, Agent
555 North Point Center E, 4th floor
Alpharetta, GA 30022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Bootleg Beverages**
Attn.: Officer, Manager, Agent
40 Harkins Street
McDonough, GA 30253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bootleg Biology**
Attn.: Officer, Manager, Agent
1033 3rd Avenue S
Nashville, TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.45** |
|---|---|---|---|

**Brewers Association**
Attn.: Officer, Manager, Agent
1327 Spruce Street
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **New Anthem, LLC**                                    Case number (if known) _____
_____
                Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,425.19 |

**Brewers Supply Group**
Attn.: Officer, Manager, Agent
800 West 1st Avenue
Shakopee, MN 55379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CanSource**
Attn.: Officer, Manager, Agent
1925 Pike Road
Suite 103
Longmont, CO 80501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.70 |

**Chemstation of North Carolina**
Attn.: Officer, Manager, Agent
1121 Willowbrook Drive
Greensboro, NC 27403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cincinnati Insurance**
Attn.: Officer, Manager, Agent
P.O. Box 145496
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.14 |

**Cintas Corporation**
Attn.: Officer, Manager, Agent
5640a Barbados Boulevard
Castle Hayne, NC 28429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**City of Wilmington**
Attn.: Officer, Manager, Agent
P.O. Box 1810
Wilmington, NC 28402-1810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.84 |

**Cleggs Pest Control**
Attn.: Officer, Manager, Agent
3417 Enterprise Drive
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Anthem, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,998.46** |
|---|---|---|---|

Country Malt Group
Attn.: Officer, Manager, Agent
18110 SE 34th Street
Suite 240
Vancouver, WA 98683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Croaker, Inc.
Attn.: Officer, Manager, Agent
4010 Market Street
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Crosby Hop Farm, LLC
Attn.: Officer, Manager, Agent
18564 Arbor Grove Road NE
Woodburn, OR 97071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,411.10** |
|---|---|---|---|

DazTech Promotions
Attn.: Officer, Manager, Agent
510 Compton Street
Wilmington, NC 28401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149.05** |
|---|---|---|---|

Dominion Energy
Attn.: Officer, Manager, Agent
P.O. Box 26543
Richmond, VA 23290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,898.31** |
|---|---|---|---|

Duke Energy Progress
Attn. Officer, Director, Agent
P.O. Box 1245
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,496.00** |
|---|---|---|---|

Earney & Company, LLP
Attn.: Officer, Manager, Agent
710 Military Cutoff Road
Suite 250
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **New Anthem, LLC**                                    Case number *(if known)* _____

        *Name*

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ecolab, Inc.**
Attn.: Officer, Manager, Agent
1601 Diehl Rd.
Naperville, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,020.00** |
|---|---|---|---|

**Element One, Inc.**
Attn.: Officer, Manager, Agent
6319 Carolina Beach Road
Wilmington, NC 28412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Excel Roofing Company**
Attn.: Officer, Manager, Agent
447 Marion Drive
Wilmington, NC 28412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,670.02** |
|---|---|---|---|

**Globaltrans Enterprises, LLC**
Attn.: Officer, Manager, Agent
51 W. 3rd Street
Suite 500
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$252,044.59** |
|---|---|---|---|

**Greenfield Street Properties, LLC**
Attn.: Officer, Manager, Agent
332 Military Cutoff Rd.
Wilmington, NC 28405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  lease agreement for Greenfield St. location

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hollingbery and Son, Inc.**
Attn.: Officer, Manager, Agent
302 N First Avenue
Yakima, WA 98902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**J.P. Morgan Chase Bank**
Attn.: Officer, Manager, Agent
Mail Code LA4-7106
700 Kansas Ln.
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1435

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **New Anthem, LLC**                                    Case number (if known)  _____
          _____
          Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,672.70 |
|---|---|---|---|

**Keg Logistics**
**Attn.: Officer, Manager, Agent**
**9110 E. Nichols Avenue**
**Suite 105**
**Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,781.10 |
|---|---|---|---|

**King Orchards**
**Attn.: Officer, Manager, Agent**
**4620 M-88**
**Central Lake, MI 49622**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LD Carlson**
**Attn.: Officer, Manager, Agent**
**463 Portage Blvd.**
**Kent, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LeGrande Hospitality, LLC**
**Attn.: Officer, Manager, Agent**
**110 Sunrise Center Dr.**
**Thomasville, NC 27360**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Distribution Agreement

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.61 |
|---|---|---|---|

**Liberty Fire / Intracoastal**
**Attn.: Officer, Manager, Agent**
**2725-6B Old Wrightsboro Road**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Local Daily Media**
**Attn.: Officer, Manager, Agent**
**4732 Longhill Road**
**Suite 2201**
**Williamsburg, VA 23188**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LVA4 Raleigh P&W II, LLC**
**Attn.: Officer, Manager, Agent**
**160 Mine Lake Ct.**
**Suite 200**
**Raleigh, NC 27615**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  lease agreement for Raleigh location

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **New Anthem, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,541.28 |
|---|---|---|---|

**MHC Truck Leasing**
Attn.: Officer, Manager, Agent
200 Sutton Steam Plant Road
Wilmington, NC 28401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,553.20 |
|---|---|---|---|

**National Food Equipment Services**
Attn.: Officer, Manager, Agent
2201 Brentwood Road
Suite 107
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NC Craft Brewers Guild**
Attn.: Officer, Manager, Agent
P.O. Box 27921
Raleigh, NC 27611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,695.81 |
|---|---|---|---|

**Omega Yeast**
Attn.: Officer, Manager, Agent
33 N. Sarah Street
Saint Louis, MO 63108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.77 |
|---|---|---|---|

**Roberts Oxygen Company, Inc.**
Attn.: Officer, Manager, Agent
2200 Westinghouse Boulevard
Suite 106
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Sentinel Security Systems, Inc.**
Attn.: Officer, Manager, Agent
7450 US-117
Rocky Point, NC 28457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.21 |
|---|---|---|---|

**Spectrum**
Attn.: Officer, Manager, Agent
4145 S. Falkenburg Road
Riverview, FL 33578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New Anthem, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address**
**Sysco**
**Attn.: Officer, Manager, Agent**
**1032 Baugh Road**
**Selma, NC 27576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,524.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**
**The Line Retail**
**Attn.; Officer, Manager, Agent**
**P.O. Box 19107**
**Raleigh, NC 27619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **common area fees, ins., and other expenses for Raleigh location**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**
**Toyota Industries Comm. Finance Inc**
**Attn.: Officer, Manager, Agent**
**5559 Inwood Drive**
**Columbus, IN 47201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,319.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**
**U.S. Small Business Administration**
**North Carolina District Office**
**6302 Fairview Rd, Suite 300**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**
**U.S. Small Business Administration**
**North Carolina District Office**
**6302 Fairview Rd.**
** Suite 300**
**Charlotte, NC 28210**

Date(s) debt was incurred  **c. 2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,800,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Economic Injury Disaster Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**
**Uline**
**Attn.: Officer, Manager, Agent**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,759.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**
**Utility Management Service**
**Attn.: Officer, Manager, Agent**
**6317 Oleander Drive**
**Wilmington, NC 28403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$436.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **New Anthem, LLC** _____    Case number (if known) _____
     Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,279.34 |
|---|---|---|---|

**Willamette Valley Hopes, LLC**
Attn.: Officer, Manager, Agent
18711 French Prairie Road, NE
Saint Paul, OR 97137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Williams Realty & Building Co, Inc.**
Attn.: Officer, Manager, Agent
3111 Glenwood Avenue
Raleigh, NC 27612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Wilmington Compost Company**
Attn.: Officer, Manager, Agent
7336 State Highway 210
Rocky Point, NC 28457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,774.16 |
|---|---|---|---|

**Yakima Chief Hops**
Attn.: Officer, Manager, Agent
306 Division Street
Yakima, WA 98902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan M. Solana Attorney at Law**<br>Attn.: Officer, Manager, Agent<br>1650 Military Cutoff Rd.<br>Suite 200<br>Wilmington, NC 28402 | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **C. Allen York**<br>Smith Anderson<br>P.O. Box 2611<br>Raleigh, NC 27602-2611 | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Sam Potter**<br>Equitas Law Partners<br>320 Military Cutoff Rd.<br>Suite A-2<br>Wilmington, NC 28405 | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **New Anthem, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **U.S. Attorney - E.D.N.C.**<br>**150 Fayettevill St.**<br>**Suite 2100**<br>**Raleigh, NC 27601-1461** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S. Attorney - E.D.N.C.**<br>**150 Fayettevill St.**<br>**Suite 2100**<br>**Raleigh, NC 27601-1461** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **U.S. Attorney General**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **U.S. Attorney General**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530-0001** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **U.S. Secretary of the Treasury**<br>**Attn.: Officer, Manager, Agent**<br>**1500 Pennsylvania Ave. NW**<br>**Washington, DC 20220** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ 43,618.30 |
| **5b. Total claims from Part 2** | | 5b. + | $ 2,433,768.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ 2,477,386.58 |

**Fill in this information to identify the case:**

Debtor name    **New Anthem, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 116 Dock St.; terminated pre-petition; debtor has vacated.** | |
| | State the term remaining | **0** | **116 Dock St., LLC** |
| | List the contract number of any government contract | | **Attn.: Officer, Manager, Agent 609A Piner Rd. Suite 143 Wilmington, NC 28409-4201** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter / contract for legal services** | |
| | State the term remaining | | **Carter & Carter, P.A.** |
| | List the contract number of any government contract | | **408 Market St. Wilmington, NC 28401** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 110 Greenfield St.; debtor intends to assume.** | |
| | State the term remaining | **appx. 15 years with renewals** | **Greenfield Street Properties, LLC Attn.: Officer, Manager, Agent** |
| | List the contract number of any government contract | | **332 Military Cutoff Rd. Wilmington, NC 28405** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agmt. for wholesale of debtor's beer; debtor rejects the contract.** | |
| | State the term remaining | **undetermined** | **LeGrande Hospitality, LLC Attn.: Officer, Manager, Agent** |
| | List the contract number of any government contract | | **110 Sunrise Center Dr. Thomasville, NC 27360** |

Debtor 1   **New Anthem, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises in Raleigh; terminated pre-petition; debtor has vacated.** | |
|---|---|---|---|
| | State the term remaining | **0** | **LVA4 Raleigh P&W II, LLC**<br>**Attn.: Officer, Manager, Agent**<br>**160 Mine Lake Ct.**<br>**Suite 200**<br>**Raleigh, NC 27615** |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>New Anthem, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bill Hunter Jr. Family Trust** | **329 Lord Dr. Wilmington, NC 28411** | **Greenfield Street Properties, LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bill Hunter Jr. Family Trust** | **329 Lord Dr. Wilmington, NC 28411** | **United Community Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **J. Aaron Skiles** | **314 Lord Dr. Wilmington, NC 28411** | **United Community Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Sherry N. Skiles** | **314 Lord Dr. Wilmington, NC 28411** | **United Community Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **New Anthem, LLC**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | U.S. Small Business Administration | North Carolina District Office 6302 Fairview Rd. Suite 300 Charlotte, NC 28210 | United Community Bank | ■ D  **2.4** □ E/F _____ □ G _____ |
| 2.6 | William Hunter, Jr. | 325 Lord Dr. Wilmington, NC 28411 | United Community Bank | ■ D  **2.4** □ E/F _____ □ G _____ |
| 2.7 | United Community Bank | Attn.: Officer, Manager, Agent 125 E. Broad St. Greenville, SC 29601 | Greenfield Street Properties, LLC | □ D _____ □ E/F _____ ■ G  **2.3** |

| Fill in this information to identify the case: |
| --- |

Debtor name **New Anthem, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$2,115,302.17** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

Debtor __New Anthem, LLC_____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **J. Aaron Skiles**<br>**314 Lord Dr.**<br>**Wilmington, NC 28411**<br>**Member, Manager, and Brewer** | **April 5, 2023**<br>**- April 4,**<br>**2024** | **$95,000.00** | **Salary**<br>**(note: recently, in lieu of his**<br>**regular bi-weekly salary, Mr.**<br>**Skiles took distributions of**<br>**$10,961.55)** |
| 4.2. **J. Aaron Skiles**<br>**314 Lord Dr.**<br>**Wilmington, NC 28411**<br>**Member, Manager, and Brewer** | **April 5, 2023**<br>**- April 4,**<br>**2024** | **Unknown** | **The debtor owns a Honda Pilot**<br>**which Mr. Skiles drives for**<br>**business and personal use.** |
| 4.3. **Diane Batchelor**<br>**2809 Colonel Lamb Dr.**<br>**Wilmington, NC 28403**<br>**Employee; Insider** | **April 5, 2023**<br>**- April 4,**<br>**2024** | **$44,980.00** | **Ms. Batchelor has worked as**<br>**the debtor's in-house**<br>**bookkeeper for many years.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **United Community Bank**<br>**Attn.: Officer, Manager, Agent**<br>**125 E. Broad St.**<br>**Greenville, SC 29601** | **Restaurant and bar equipment in the**<br>**debtor's Raleigh location** | **3/1/2024** | **Unknown** |
| **LVA4 Raleigh P&W II, LLC**<br>**Attn.: Officer, Manager, Agent**<br>**160 Mine Lake Ct.**<br>**Suite 200**<br>**Raleigh, NC 27615** | **Restaurant and bar equipment in the**<br>**debtor's Raleigh location.** | **3/1/2024** | **Unknown** |
| **Ally Bank**<br>**Attn.: Officer, Manager, Agent**<br>**P.O. Box 380901**<br>**Minneapolis, MN 55438** | **Honda Pilot** | **April 3, 2024** | **$32,838.00** |
| **MHC Truck Leasing**<br>**Attn.: Officer, Manager, Agent**<br>**200 Sutton Steam Plant Rd.**<br>**Wilmington, NC 28401** | **The debtor recently truned in a refrigerated**<br>**truck that it had been leasing.** | **c. March 10,**<br>**2024** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|
| **New Hanover County Tax Office**<br>**Attn.: Officer, Manager, Agent**<br>**230 Government Center Dr.**<br>**Suite 190**<br>**Wilmington, NC 28403** | **The creditor garnished the debtor's bank**<br>**account several times for estimated 2024**<br>**personal property taxes.**<br>Last 4 digits of account number: _____ | **c. Feb. 20,**<br>**2024**<br>**c. March 10,**<br>**2024**<br>**c. March 10,**<br>**2024** | **$16,500.00** |

Debtor   **New Anthem, LLC**                                        Case number *(if known)*

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **116 Dock St., LLC v. New Anthem, LLC**<br>**24-M-** | **Summary Ejectment** | **New Hanover County District Court Small Claims Division PO Box 2023 Wilmington, NC 28402** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Some of the beer has gone bad, both (i) beer that was brewed for the Distrubtor that was never distributed and (ii) beer that was brewed within the last few months that is no longer good.** | **none** | **2019-2024** | **Unknown** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Debtor    **New Anthem, LLC**                                             Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | Jan. 12, 2024 - $500 - initial consultation Feb. 2, 2024 - $500 - second consultation Feb. 17, 2024 - $500 - third consultation | |
| | Carter & Carter, P.A. 408 Market St. Wilmington, NC 28401 | | | $1,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | | | March 17, 2024 - $3,337.50 April 3, 2024 - $2,475.00 | |
| | Carter & Carter, P.A. 408 Market St. Wilmington, NC 28401 | | | $5,812.50 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Bill Hunter, Jr. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **New Anthem, LLC**    Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **110 Greenfield St.** **Wilmington, NC 28401** | **2019 - present** |
| 14.2. | **116 Dock St.** **Wilmington, NC 28401** | **2016 - 2024** |
| 14.3. | **500 N. West St** **Raleigh, NC 27603** | **2023-2024** |
| 14.4. | **Allen Stahl & Kilbourne** **20 Mountain Town Rd.** **Suite 100** **Asheville, NC 28801-4549** | **not a business location;Registered Agent** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **New Anthem, LLC**                                          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Go Store It Self-Storage**<br>**7135 Market St.**<br>**Bldg. A**<br>**Wilmington, NC 28411** | **J. Aaron Skiles** | **this 10x5 storage unit was used for overflow storage for non-inventory parts, but there are no longer any items belonging to New Anthem at this location.** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **J. Aaron Skiles**<br>**314 Lord Dr.**<br>**Wilmington, NC 28401** | **110 Greenfield St.**<br>**Wilmington, NC 28401** | **Misc. personal brewing equipment & personal effects** | **Unknown** |

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

Debtor    **New Anthem, LLC** _____    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Adrienne Blume CPA, PLLC**<br>**Attn.: Officer, Manager, Agent**<br>**P.O. Box 862**<br>**Hampstead, NC 28443** | **c. March 1, 2024 - current** |
| 26a.2.   **Diane Batchelor**<br>**2809 Colonel Lamb Dr.**<br>**Wilmington, NC 28403** | **debtor's in-house bookkeeper for many years** |
| 26a.3.   **Earney & Company, PLLC**<br>**Attn.: Officer, Manager, Agent**<br>**710 Military Cutoff Rd.**<br>**Suite 250**<br>**Wilmington, NC 28405** | |
| 26a.4.   **Forvis, LLP**<br>**Attn.: Officer, Manager, Agent**<br>**500 Ridgefield Ct.**<br>**Asheville, NC 28806** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **New Anthem, LLC**                                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Adrienne Blume CPA, PLLC**<br>**Attn.: Officer, Manager, Agent**<br>**Hampstead, NC 28443** | |
| 26c.2.    **Diane Batchelor**<br>**2809 Colonel Lamb Dr.**<br>**Wilmington, NC 28403** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Matthew Hayes** |
| 26d.2.    **Mourkos Youssef** |
| 26d.3.    **John Rhyne** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **J. Aaron Skiles** | **314 Lord Dr.**<br>**Wilmington, NC 28411** | **Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bill Hunter, Jr.** | **329 Lord Dr.**<br>**Wilmington, NC 28411** | **Member** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **New Anthem, LLC**                                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **J. Aaron Skiles**<br>**314 Lord Dr.**<br>**Wilmington, NC 28411**<br><br>Relationship to debtor<br>**Member and Manager** | **$95,000**<br>**Salary**<br>**(note: recently, in lieu of his regular bi-weekly salary, Mr. Skiles took distributions of $10,961.55)** | **April 5, 2023 -**<br>**April 4, 2024** | **Mr. Skiles worked full time as the Debtor's on-site Manager and Brewmaster.  He supervised all aspects of the company.** |
| 30.2. | **J. Aaron Skiles**<br>**314 Lord Dr.**<br>**Wilmington, NC 28411**<br><br>Relationship to debtor<br>**Member, Manager, and Brewer** | **unknown** | **April 5, 2023 -**<br>**April 4, 2024** | **The debtor owns a Honda Pilot which Mr. Skiles drives for business and personal use.** |
| 30.3. | **Diane Batchelor**<br>**2809 Colonel Lamb Dr.**<br>**Wilmington, NC 28403**<br><br>Relationship to debtor<br>**mother of a Member** | **$44,980** | **April 5, 2023 -**<br>**April 4, 2024** | **Ms. Batchelor was a regular employee of the debtor who provided in-house bookkeeping services to the debtor.  She is the mother of J. Aaron Skiles, a 50% Member and a Manager of the debtor.** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **New Anthem, LLC**                                    Case number *(if known)* _____

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  4, 2024**

**/s/ J. Aaron Skiles**                              **J. Aaron Skiles**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **New Anthem, LLC** _____   Case No. _____

_____   Chapter   **11** _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **27,312.50** |
| Prior to the filing of this statement I have received | $ | **7,312.50** |
| Balance Due | $ | **20,000.00** |

2.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):     **The debtor paid $1,500.**
**Bill Hunter Jr. paid 5,812.50.**

3.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **1.  Carter & Carter has agreed to represent the debtor in this Ch. 11 case for a flat fee of $20,000, payable in five installments pursuant to LBR 2016-1(d).**

    **2.  In January and February, the debtor scheduled four consultations before deciding to retain Carter & Carter. Three of these consultations were conducted for a flat fee of $500 each.**

    **3.  The fourth consultation was included in the first pre-bankruptcy invoice of $3,337.50.**

    **4. In addition to the first pre-bankruptcy invoice of $3,337.50, a second pre-bankruptcy payment of $2,475 was made for pre-petition services beyond the "base" services included in the flat fee.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings; non-base contested matter; filing fees; or out-of-pocket expenses such as mileage, postage, online research, deposition, and other similar costs.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April  4, 2024** _____ | **/s/ Oliver Carter III** _____ |
| _Date_ | **Oliver Carter III** |
| | _Signature of Attorney_ |
| | **Carter & Carter, P.A.** |
| | **408 Market Street** |
| | **Wilmington, NC 28401** |
| | **(910) 763-3626   Fax: (866) 249-7856** _____ |
| | _Name of law firm_ |

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    **New Anthem, LLC**                                        Case No. _____
                                            Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **J. Aaron Skiles**<br>**110 Greenfield St.**<br>**Wilmington, NC 28401** | | **50%** | **Membership** |
| **William S. Hunter, Jr.**<br>**110 Greenfield St.**<br>**Wilmington, NC 28401** | | **50%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 4, 2024**                          Signature    **/s/ J. Aaron Skiles**
                                                                 **J. Aaron Skiles**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **New Anthem, LLC** _____   Case No. _____

Debtor(s)                                Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **April  4, 2024** _____          **/s/ J. Aaron Skiles** _____

**J. Aaron Skiles**/**Manager**
Signer/Title

116 Dock St., LLC
Attn.: Officer, Manager, Agent
609A Piner Rd.
Suite 143
Wilmington, NC 28409-4201

Airgas National Carbonation
Attn.: Officer, Manager, Agent
P.O. Box 602792
Charlotte, NC 28260

Alan M. Solana Attorney at Law
Attn.: Officer, Manager, Agent
1650 Military Cutoff Rd.
Suite 200
Wilmington, NC 28402

Alcohol and Tobacco TaxTrade Bureau
TTB National Revenue Center
559 Main St.
Room 8970
Cincinnati, OH 45202

Algernon L. Butler, III
Butler & Butler, LLP
P.O. Box 38
Wilmington, NC 28402

Allen, Stahl & Kilbourne
Attn.: Officer, Manager, Agent
20 Town Mountain Road
Suite 100
Asheville, NC 28801

Ally Bank
Attn.: Officer, Manager, Agent
P.O. Box 380901
Minneapolis, MN 55438

Arryved
Attn.: Officer, Manager, Agent
3002 Sterling Circle
Suite 100
Boulder, CO 80301

Aseptic Fruit
Attn.: Officer, Manager, Agent
555 North Point Center E, 4th floor
Alpharetta, GA 30022

Bill Hunter Jr. Family Trust
329 Lord Dr.
Wilmington, NC 28411

Bootleg Beverages
Attn.: Officer, Manager, Agent
40 Harkins Street
McDonough, GA 30253

Bootleg Biology
Attn.: Officer, Manager, Agent
1033 3rd Avenue S
Nashville, TN 37210

Brewers Association
Attn.: Officer, Manager, Agent
1327 Spruce Street
Boulder, CO 80302

Brewers Supply Group
Attn.: Officer, Manager, Agent
800 West 1st Avenue
Shakopee, MN 55379

C. Allen York
Smith Anderson
P.O. Box 2611
Raleigh, NC 27602-2611

CanSource
Attn.: Officer, Manager, Agent
1925 Pike Road
Suite 103
Longmont, CO 80501

Carter & Carter, P.A.
408 Market St.
Wilmington, NC 28401

Chemstation of North Carolina
Attn.: Officer, Manager, Agent
1121 Willowbrook Drive
Greensboro, NC 27403

Cincinnati Insurance
Attn.: Officer, Manager, Agent
P.O. Box 145496
Cincinnati, OH 45250

Cintas Corporation
Attn.: Officer, Manager, Agent
5640a Barbados Boulevard
Castle Hayne, NC 28429

City of Wilmington
Attn.: Officer, Manager, Agent
P.O. Box 1810
Wilmington, NC 28402-1810

Cleggs Pest Control
Attn.: Officer, Manager, Agent
3417 Enterprise Drive
Wilmington, NC 28405

Country Malt Group
Attn.: Officer, Manager, Agent
18110 SE 34th Street
Suite 240
Vancouver, WA 98683

Croaker, Inc.
Attn.: Officer, Manager, Agent
4010 Market Street
Wilmington, NC 28403

Crosby Hop Farm, LLC
Attn.: Officer, Manager, Agent
18564 Arbor Grove Road NE
Woodburn, OR 97071

DazTech Promotions
Attn.: Officer, Manager, Agent
510 Compton Street
Wilmington, NC 28401

Diane Batchelor
2809 Colonel Lamb Dr.
Wilmington, NC 28403

Dominion Energy
Attn.: Officer, Manager, Agent
P.O. Box 26543
Richmond, VA 23290

Duke Energy Progress
Attn. Officer, Director, Agent
P.O. Box 1245
Charlotte, NC 28201

Earney & Company, LLP
Attn.: Officer, Manager, Agent
710 Military Cutoff Road
Suite 250
Wilmington, NC 28405

Ecolab, Inc.
Attn.: Officer, Manager, Agent
1601 Diehl Rd.
Naperville, IL 60563

Element One, Inc.
Attn.: Officer, Manager, Agent
6319 Carolina Beach Road
Wilmington, NC 28412

Excel Roofing Company
Attn.: Officer, Manager, Agent
447 Marion Drive
Wilmington, NC 28412

Globaltrans Enterprises, LLC
Attn.: Officer, Manager, Agent
51 W. 3rd Street
Suite 500
Tempe, AZ 85281

Greenfield Street Properties, LLC
Attn.: Officer, Manager, Agent
332 Military Cutoff Rd.
Wilmington, NC 28405

Hollingbery and Son, Inc.
Attn.: Officer, Manager, Agent
302 N First Avenue
Yakima, WA 98902

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Aaron Skiles
314 Lord Dr.
Wilmington, NC 28411

J.P. Morgan Chase Bank
Attn.: Officer, Manager, Agent
Mail Code LA4-7106
700 Kansas Ln.
Monroe, LA 71203

Keg Logistics
Attn.: Officer, Manager, Agent
9110 E. Nichols Avenue
Suite 105
Englewood, CO 80112

King Orchards
Attn.: Officer, Manager, Agent
4620 M-88
Central Lake, MI 49622

LD Carlson
Attn.: Officer, Manager, Agent
463 Portage Blvd.
Kent, OH 44240

LeGrande Hospitality, LLC
Attn.: Officer, Manager, Agent
110 Sunrise Center Dr.
Thomasville, NC 27360

Liberty Fire / Intracoastal
Attn.: Officer, Manager, Agent
2725-6B Old Wrightsboro Road
Wilmington, NC 28405

Local Daily Media
Attn.: Officer, Manager, Agent
4732 Longhill Road
Suite 2201
Williamsburg, VA 23188

LVA4 Raleigh P&W II, LLC
Attn.: Officer, Manager, Agent
160 Mine Lake Ct.
Suite 200
Raleigh, NC 27615

MHC Truck Leasing
Attn.: Officer, Manager, Agent
200 Sutton Steam Plant Road
Wilmington, NC 28401

N.C. Dept. of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

N.C. Dept. of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

National Food Equipment Services
Attn.: Officer, Manager, Agent
2201 Brentwood Road
Suite 107
Raleigh, NC 27604

NC Craft Brewers Guild
Attn.: Officer, Manager, Agent
P.O. Box 27921
Raleigh, NC 27611

New Hanover County Tax Office
Attn.: Officer, Manager, Agent
230 Government Center Dr.
Suite 190
Wilmington, NC 28403

Omega Yeast
Attn.: Officer, Manager, Agent
33 N. Sarah Street
Saint Louis, MO 63108

Richard P. Cook
Cape Fear Debt Relief
7036 Wrightsvill Ave.
Suite 101
Wilmington, NC 28403

Roberts Oxygen Company, Inc.
Attn.: Officer, Manager, Agent
2200 Westinghouse Boulevard
Suite 106
Raleigh, NC 27604

Sam Potter
Equitas Law Partners
320 Military Cutoff Rd.
Suite A-2
Wilmington, NC 28405

Securities Exchange Commission
Office of Reorganization, Ste 900
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1382

Sentinel Security Systems, Inc.
Attn.: Officer, Manager, Agent
7450 US-117
Rocky Point, NC 28457

Sherry N. Skiles
314 Lord Dr.
Wilmington, NC 28411

Social Security Administration
Office of the General Counsel
Attn.: Prog. Litigation Bankruptcy
5401 Security Bldv
Baltimore, MD 21235

Spectrum
Attn.: Officer, Manager, Agent
4145 S. Falkenburg Road
Riverview, FL 33578

Sysco
Attn.: Officer, Manager, Agent
1032 Baugh Road
Selma, NC 27576

The Line Retail
Attn.; Officer, Manager, Agent
P.O. Box 19107
Raleigh, NC 27619

Toyota Industries Comm. Finance Inc
Attn.: Officer, Manager, Agent
5559 Inwood Drive
Columbus, IN 47201

U.S. Attorney - E.D.N.C.
150 Fayettevill St.
Suite 2100
Raleigh, NC 27601-1461

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

U.S. Bankruptcy Administrator
Raleigh Office
434 Fayetteville St.
Suite 620
Raleigh, NC 27601

U.S. Secretary of the Treasury
Attn.: Officer, Manager, Agent
1500 Pennsylvania Ave. NW
Washington, DC 20220

U.S. Small Business Administration
North Carolina District Office
6302 Fairview Rd, Suite 300
Charlotte, NC 28210

Uline
Attn.: Officer, Manager, Agent
12575 Uline Drive
Pleasant Prairie, WI 53158

United Community Bank
Attn.: Officer, Manager, Agent
125 E. Broad St.
Greenville, SC 29601

Utility Management Service
Attn.: Officer, Manager, Agent
6317 Oleander Drive
Wilmington, NC 28403

Will Esser
Parker Poe
620 South Tryon Street
Suite 800
Charlotte, NC 28202

Willamette Valley Hopes, LLC
Attn.: Officer, Manager, Agent
18711 French Prairie Road, NE
Saint Paul, OR 97137

William Hunter, Jr.
325 Lord Dr.
Wilmington, NC 28411

Williams Realty & Building Co, Inc.
Attn.: Officer, Manager, Agent
3111 Glenwood Avenue
Raleigh, NC 27612

Wilmington Compost Company
Attn.: Officer, Manager, Agent
7336 State Highway 210
Rocky Point, NC 28457

Yakima Chief Hops
Attn.: Officer, Manager, Agent
306 Division Street
Yakima, WA 98902

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **New Anthem, LLC** _____    Case No. _____

                                 Debtor(s)      Chapter    **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **New Anthem, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]




_April  4, 2024_____      **/s/ Oliver Carter III**_____
Date                                  **Oliver Carter III**

                                  Signature of Attorney or Litigant
                                  Counsel for    **New Anthem, LLC**_____

                                  **Carter & Carter, P.A.**
                                  **408 Market Street**
                                  **Wilmington, NC 28401**
                                  **(910) 763-3626 Fax:(866) 249-7856**